UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RICKY MONTES and ANNIE MONTES,

                                Plaintiffs,                    ***RULE 7.1 STATEMENT***

                -against-

US PRAXIS, INC. and HOME DEPOT USA, INC.,          Docket #

                                                   07 CIV 11439

                                Defendants.

---------------------------------------------------------------X    JUDGE ROBINSON

        Pursuant to Rule 7.1 of the Local Rules of the United States District Court for

the Southern and Eastern Districts of New York and to enable Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel

of record for a private (non-governmental) party certifies that the following are corporate

parents, subsidiaries, or affiliates of that party which are publicly held.

        That US PRAXIS, INC. is a privately held corporation which manufactures

professional grade power equipment.  It is incorporated in the State of Illinois.  Its principal

place of business is in the State of Illinois.  There are no other parent corporations,

subsidiaries or affiliates which are publicly held.

Dated:  Mineola, New York
        December 20, 2007

                                        BY: _____
                                            SIGNATURE OF ATTORNEY
                                            HENRY M. PRIMAVERA (8788)