UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICKY MONTES and ANNIE MONTES,

        Plaintiffs,

     -against-

US PRAXIS, INC. and HOME DEPOT USA, INC.,

        Defendants.
-----------------------------------------------------------------X

**JURY DEMAND**

07 CV 11439

    **PLEASE TAKE NOTICE**, that defendant Pathmark Stores, Inc. hereby demands a trial by a jury.

Dated:  Mineola, New York
      December 20, 2007

Respectfully submitted,

KRAL, CLERKIN, REDMOND, RYAN,
    PERRY & GIRVAN, LLP
Attorneys for Defendant
Office & P.O. Address
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

BY:_____
    HENRY M. PRIMAVERA (8788)

TO:  SCARCELLA LAW OFFICES
    Attorneys for Plaintiffs
    M. Sean Duffy, Esq.
    44 Church Street, Suite 150
    White Plains, New York 10601
    (914) 682-1400

    D'AMATO & LYNCH, ESQS.
    Attorneys for Defendant
    HOME DEPOT USA, INC.
    70 Pine Street
    New York, New York 10270
    (212) 269-0927

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM
--------------------------------------------------------X
RICKY MONTES AND ANNIE MONTES,

                      Plaintiffs,           Index #1089/07

      -against-                        **Affidavit of Service**

US PRAXIS, INC. AND HOME DEPOT USA, INC.,
                      Defendants.
--------------------------------------------------------X

STATE OF NEW YORK )
               ) ss.:
COUNTY OF NASSAU  )

       LORETTA GRECO, being duly sworn, deposes and says: That your deponent is not a party to the action and is over the age of 18 years old and on December 2/, 2007 served the within **JURY DEMAND** upon the attorneys for the respective parties to this action as follows:

TO:  SCARCELLA LAW OFFICES
      Attorneys for Plaintiffs
      M. Sean Duffy, Esq.
      44 Church Street, Suite 150
      White Plains, New York 10601

      D'AMATO & LYNCH, ESQS.
      Attorneys for Defendant
      HOME DEPOT USA, INC.
      70 Pine Street
      New York, New York 10270

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  _____
                                                LORETTA GRECO

Sworn to before me this
December 2/ , 2007

_____
    NOTARY PUBLIC

                       ELIZABETH PELAGOS
               Notary Public, State of New York
                     No. 01PE 411 6
                Qualified in Nassau County
           Commission Expires Oct. 30, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKY MONTES and ANNIE MONTES,

Plaintiffs,

-against-

US PRAXIS, INC. and HOME DEPOT USA, INC.,

Defendants.

## JURY DEMAND

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

Attorneys for    US PRAXIS, INC.

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501
(516) 742-3470

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated: ............................    Signature ..............................................

Print Signer's Name ...............................................

Service of a copy of the within                                is hereby admitted.

Dated:

.............................................................
Attorney(s) for

**PLEASE TAKE NOTICE**

☐ **NOTICE OF ENTRY** — that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on                          20

☐ **NOTICE OF SETTLEMENT** — that an Order of which the within is a true copy will be presented for settlement to the Hon.                         , one of the judges of the within-named Court, at
on                     20      , at              M.

Dated:

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

Attorneys for

To:                                69 EAST JERICHO TURNPIKE
                                   MINEOLA, NEW YORK 11501

Attorney(s) for