UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

RICKY MONTES and ANNIE MONTES,                    Civil Index No.: 07 CV 11439

               Plaintiffs,

                                       **NOTICE OF APPEARANCE**

      - against -

US PRAXIS, INC. and HOME DEPOT USA, INC.,

              Defendants.
---------------------------------------------------------------- X

**C O U N S E L:**

       **PLEASE TAKE NOTICE**, that defendant HOME DEPOT U.S.A., INC. s/h/a HOME DEPOT USA, INC., hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       January 8, 2008

                                                    Yours, etc.

                                                    D'AMATO & LYNCH, LLP

                           BY: _____
                                            ROBERT D. LANG, ESQ. (RDL4144)
                                            Attorneys for Defendant
                                            HOME DEPOT U.S.A., INC.
                                            s/h/a HOME DEPOT USA, INC.
                                            70 Pine Street
                                            New York, New York 10270
                                            (212) 269-0927
                                            **Our File No.: 434-74617**

#286946v1

-2-

TO:   SCARCELLA LAW OFFICES
      Attorneys for Plaintiffs
      44 Church Street – Suite 150
      White Plains, New York 10601
      914-682-1400

      KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP
      Attorneys for Defendant
      US PRAXIS, INC.
      69 East Jericho Turnpike
      Mineola, New York 11501
      (516) 742-3470
      File: 811036

#286946v1