## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

   JENISE D. HAYES, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York. On January 31, 2008 deponent served the within **RULE 7.1 STATEMENT** upon:

  SCARCELLA LAW OFFICES
  Attorneys for Plaintiffs
  44 Church Street – Suite 150
  White Plains, New York 10601

  KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP
  Attorneys for Defendant
  US PRAXIS, INC.
  69 East Jericho Turnpike
  Mineola, New York 11501

by depositing true copies of same in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, properly addressed to said attorneys at the above addresses designated by them for that purpose.

                _____
                JENISE D. HAYES

Sworn to before me this
31 day of January, 2008

_____
Notary Public

LIZA A. CHAFIIAN
Notary Public, State of New York
No. 02CH4983624
Qualified in Nassau County
Commission Expires August 27, 2009

#289484v1