

# SCARCELLA LAW OFFICES

ANTHONY J. SCARCELLA, P.C.*
M. SEAN DUFFY*

*of Counsel:*
JOHN V. HENRY
SUSAN REGAN-HENRY
TINO LATORRE
SCOTT STONE

*Also admitted in Connecticut*

*Mailing Address:* 44 CHURCH STREET, SUITE 150
WHITE PLAINS, NY 10601
TEL: (914) 682-1400
FAX: (914) 948-2255

EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 2310
NEW YORK, NY 10118
TEL: (212) 967-1225

*MEMO ENDORSED*

By Fax:( 914) 390-4179
January 31, 2008

Hon. Stephen C. Robinson, USDJ
United States District Court, S.D.N.Y (White Plains)
300 Quarropas Street
White Plains, NY 10601

    Re: Ricky Montes v. US Praxis, Inc. and Home Depot USA, Inc
        Case No.: 07 cv 11439 (SCR)

Honorable Justice Robinson:

Please accept this letter as plaintiffs' **request for a two week adjournment** of the **February 1, 2008** date for submission of the joint letter and scheduling order required by the Court's rules. **All parties have consented to the adjournment.** The basis of the request is that the parties have been actively negotiating, and there appears to be a **possibility of early settlement**.

Very truly yours,
SCARCELLA LAW OFFICES

M. Sean Duffy

cc:
By Fax:(516) 742-6243
KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP
Attention: Henry M. Primavera, Esq. (For deft. Praxis)

By Fax: (212) 269-3559
D'AMATO & LYNCH
Attn: Robert D. Lang, Esq.(For deft. Home Depot)

**APPLICATION GRANTED**

Stephen C Robinson 2/1/08

HON. STEPHEN C. ROBINSON



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: